UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Donny Rodriguez, : : | |
| Plaintiff, : | Civil Action No.: 1:11-cv-10958-DPW |
| v. : : | |
| Stoneleigh Recovery Associates, LLC; and DOES 1-10, inclusive, : : | |
| Defendant. : : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Donny Rodriguez ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 11, 2011

                                        Respectfully submitted,

                                        By: /s/ Sergei Lemberg

                                            Sergei Lemberg, Esq.
                                            BBO No.: 650671
                                            Lemberg & Associates L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (877) 795-3666
                                            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 11, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg

              Sergei Lemberg